1  CARL P. BLAINE (State Bar No. 65229)
   Email: cblaine@fennemorlaw.com
2  JACOB L. OUZTS (State Bar No. 268080)
   Email: jouzts@fennemorelaw.com
3  **FENNEMORE WKBKY**
   10640 Mather Blvd., Suite 200
4  Mather, California 95655-4189
   Tel: (916) 920-5286 / Fax: (916) 920-8608
5
   Attorneys for Defendant
6  Oak Haven Investments, LLC

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 OSCAR RAMOS,                          Case No.: 2:25-CV-00723-DAD-CSK

12              Plaintiff,                **STIPULATION AND ORDER TO
                                          EXTEND TIME FOR DEFENDANT
13 v.                                     OAK HAVEN  INVESTMENTS, LLC
                                          TO FILE A RESPONSIVE PLEADING
14 MDHCT, INC., individually, and dba HOUSE   TO PLAINTIFF'S COMPLAINT
   LIFE FURNISHINGS; OAK HAVEN
15 INVESTMENTS LLC; and DOES 1 to 10,
   inclusive,
16
                Defendants.
17

18         Plaintiff OSCAR RAMOS ("Plaintiff") and Defendant OAK HAVEN INVESTMENTS

19 LLC, ("Defendant") hereby stipulate that Defendant has up to and including May 16, 2025, in

20 which to serve and submit to the Court a responsive pleading in response to Plaintiff's Complaint.

21

22 DATED:  May 2, 2025              LAW OFFICES OF RICHARD A. MAC BRIDE

23

24                                 By: /s/   Richard Mac Bride
                                       RICHARD MAC BRIDE
25                                     Attorneys for Plaintiff
                                       OSCAR RAMOS
26
   / / /
27
   / / /
28

FENNEMORE DOWLING AARON
ATTORNEYS AT LAW
FRESNO
                                   STIPULATION AND ORDER

1  DATED: May 2, 2025                    FENNEMORE WKBKY

2

3                                        By: _____

4                                        JACOB L. OUZTS
                                         Attorneys for Defendant
5                                        OAK HAVEN INVESTMENTS LLC

6

7                                    **ORDER**

8        Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

9
   DATED:
10

11                                       _____
                                         UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28